```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09184
   TIMOTHY B NORTON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8035


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/21/07 .

     2.  The case was dismissed without confirmation, 11/02/2007.

     3.  The Debtor paid a total of $    2626.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
OPTION ONE MORTGAGE CO   CURRENT MORTG         .00           .00           .00
OPTION ONE MORTGAGE CO   MORTGAGE ARRE   NOT FILED           .00           .00
QUANTUM SERVICING CORP   SECURED               .00           .00           .00
QUANTUM SERVICING CORP   MORTGAGE ARRE   NOT FILED           .00           .00
KENDALL COUNTY COLLECTOR SECURED               .00           .00           .00
ILLINOIS DEPT OF PUBLIC  CHILD SUPPORT   NOT FILED           .00           .00
ILLINOIS DEPT REVENUE    PRIORITY        NOT FILED           .00           .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED           .00           .00
ALLIED INTERSTATE        UNSECURED       NOT FILED           .00           .00
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00           .00
CBA COLLECTION BUREAU    UNSECURED       NOT FILED           .00           .00
CDA PONTIAC              UNSECURED       NOT FILED           .00           .00
CCA                      UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL            UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL            UNSECURED       NOT FILED           .00           .00
SBC AMERITECH            UNSECURED       NOT FILED           .00           .00
       Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER        TOTAL

TOTAL CLMS ALLOWED     .00          .00         .00          .00          .00
PRINCIPAL PAID         .00          .00         .00          .00          .00
INTEREST PAID          .00          .00         .00          .00          .00
TOTAL PAID             .00          .00         .00          .00          .00
The Debtor's attorney, ROBERT V SCHALLER          , was allowed $   2250.00
and was paid $   1814.00  direct and $    436.00  through the plan.

The Trustee received $    26.85 .

Refunds to the Debtor totaled $   2163.15 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE